**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                                Case No. 12-cr-49-PB

**Daniel Buskey**


**O R D E R**

    The defendant has moved through counsel to continue the June 5, 2012 trial in the above case, citing the need for additional time to complete discovery and engage in plea negotiations. The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 5, 2012 to August 21, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 24, 2012 final pretrial conference is continued to July 31, 2012 at 11:30 a.m.  No further continuances.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

May 16, 2012

cc:   Roger Chadwick, Esq.
      Jennifer Davis, AUSA
      United States Marshal
      United States Probation