UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                              Criminal No. 11-cr-49-01-PB

Daniel Buskey

O R D E R

The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted; Final Pretrial is rescheduled to September 24, 2012 at 9:30 a.m.; Trial is continued to the two-week period beginning October 2, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                      */s/ Paul Barbadoro*
                                                      Paul Barbadoro
                                                      United States District Judge

Date: August 13, 2012

cc: Roger C. Chadwick , Jr., Esq
    Jennifer C. Davis , Esq
    U.S. Marshal
    U.S. Probation